IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-1471-M |
| APPROXIMATELY TWO HUNDRED TWENTY-TWO (222) FIREARMS AND FIREARM ACCESSORIES, | § § § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and Recommendations in this case on December 7, 2020. *See* Dkt. No. 18. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 13th day of January, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

-1-