**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-cv-01471-M |
| | § | |
| APPROXIMATELY TWO HUNDRED | § | |
| TWENTY-TWO (222) FIREARMS AND | § | |
| FIREARM ACCESSORIES, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

In this case, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (ECF No. 26) regarding the Motion for Enforcement of Judgment and/or Return of Property, filed by Claimants Kevin Gunnip and Sarah Gunnip (ECF No. 21). An objection was filed by Claimants. ECF No. 27. The District Court reviewed de novo those portions of the proposed Findings, Conclusions, and Recommendation to which the objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.

In his Findings, Conclusions, and a Recommendation, the Magistrate Judge notes that the United States asserts that the return of approximately 66 seized firearms to the Claimants, following a declination of criminal forfeiture by the U.S. Attorney, is already in progress. ECF No. 26 at 5. However, Claimants note in their objections that those 66 firearms have not yet been returned. ECF No. 27 at 2. Accordingly, the Court SUSTAINS Claimants' objections on these particular grounds; to the extent a declination of criminal forfeiture has been issued regarding any of the defendant property, including the approximately 66 firearms noted in the

Government's Response to Claimant's Motion for Enforcement of Judgment and/or Return of Property (ECF No. 22 at 4 n.1), and the property has not already been returned, that property shall be promptly returned to Claimants.  All other objections raised by Claimants are overruled.

Finding no error in the Magistrate Judge's Findings, Conclusions and Recommendation, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

March 25, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE